IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

NOV 17 2022

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 1:22 CR 645 |
| v. | ) | |
| ANDREW MILLER, | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(g)(1) and |
| | ) | 924(a)(8) |

**JUDGE BRENNAN**

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

On or about August 4, 2022, in the Northern District of Ohio, Eastern Division, Defendant ANDREW MILLER, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Burglary, in Case Number CR-11-551841, in the Cuyahoga County Common Pleas Court, on or about September 8, 2011; Burglary and Intimidation, in Case Number CR-07-494096, in the Cuyahoga County Common Pleas Court, on or about July 2, 2007; Aggravated Robbery, in Case Number CR-07-492641, in the Cuyahoga County Common Pleas Court, on or about July 2, 2007; and Aggravated Robbery, in Case Number CR-07-492540, in the Cuyahoga County Common Pleas Court, on or about July 2, 2007, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Smith and Wesson, Model M&P-15, .223 caliber rifle, with an obliterated serial number, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant ANDREW MILLER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.